

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00207-CV

**IN THE INTEREST OF M.I.W., A MINOR CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-14181
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant filed his brief on July 12, 2017, before the official reporter's record was filed in this court. The official reporter's record was filed in this court on July 21, 2017. We have reviewed appellant's brief in conjunction with the appellate record filed in this court. After review, we find appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 in that it does not include: (1) record references in the statement of facts; or (2) argument with appropriate citation to the appellate record. *Id.* R. 38.1(g) (requiring statement of facts with record reference), 38.1(i) (requiring argument with appropriate citation to authority and record). We note appellant has no citations to the clerk's record, no citations to the record in his statement of facts, and his citations to the reporter's record in the argument portion of his brief are inaccurate. For example, on pages 9–10 of appellant's brief, he cites to page 33, lines 1–3 of the reporter's record for the following:

> Q: Okay. So was your apartment in Cedar Park — was that your primary residence?
> A: Yes.

However, our review of the official reporter's record shows this question and answer actually appear on page 32, lines 19–21. There are similar citation discrepancies throughout appellant's brief.

Although substantial compliance with Rule 38.1 is generally sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38.1. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.1.

Accordingly, we **ORDER** appellant's brief stricken and **ORDER** appellant to file an amended brief in this court on or before **August 7, 2017**. The amended brief must correct the

violations listed above and fully comply with the applicable rules. *See, e.g.*, *id.* R. 38.1(g), (i).  If the amended brief does not comply with this order, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief).

If appellant timely files a brief that complies with this order, appellee's brief will be due thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

Luz Estrada
Chief Deputy Clerk